# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Laura Ann Woods
In Proper Person
204 Belfast St. #C
Lafayette LA 70506

> Judgment on rehearing rendered and mailed to all parties or counsel of record on March 19, 2025

**REHEARING ACTION: March 19, 2025**

**Docket Number: 24   00186-CA**

**LAURA ANN WOODS**
**VERSUS**
**PATRICK CARTSON**

**Appealed from Lafayette Parish Case No. 20220544**

**BEFORE JUDGES:**

**Hon. Shannon J. Gremillion**
**Hon. Van H. Kyzar**
**Hon. Charles G. Fitzgerald**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Laura Ann Woods** has this day been

**DENIED.**

cc: Nakia Zenon, Counsel for the Appellee
Top Auto Rental & Sales, LLC, Counsel for the Appellee
Patrick Carter, Counsel for the Appellee
PA Auto, LLC, Counsel for the Appellee